**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

# NOT DESIGNATED FOR PUBLICATION

Curtis E. Dillon
Louisiana State Penitentiary DOC No. 282159
M.P. - Hickory - 1
Angola La 70712

> Judgment on rehearing rendered and mailed to all parties or counsel of record on September 18, 2019

**REHEARING ACTION: September 18, 2019**

**Docket Number: 18   00291-KH**

**STATE OF LOUISIANA**
**VERSUS**
**CURTIS E. DILLON**

**Writ Application from Avoyelles Parish Case No. 95-83,903-B**

**BEFORE JUDGES:**

> **Hon. Sylvia R. Cooks**
> **Hon. Shannon J. Gremillion**
> **Hon. D. Kent Savoie**

As counsel of record in the captioned case, you are hereby notified that the ruling on the

application for rehearing filed by **Curtis E. Dillon** is:

> **REHEARING DENIED**.  *See* Uniform Rules – Courts of Appeal, Rule 2-18.7.

cc: Hon. Charles A. Riddle, III, Counsel for  the Respondent